# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KARMELLE E. WEGMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JOHNSON'S CARSON CITY RV, INC., a Domestic Corporation;<br><br>Defendant. | CASE NO: 3:19-cv-00486-RCJ-CLB<br><br>**ORDER OF DISMISSAL** |

It his hereby AGREED and STIPULATED by and among the parties to this action through their respective counsel of record that this action be DISMISSED WITH PREJUDICE as to all parties and claims, with each of the parties to bear their own costs and fees.

Dated: January 17, 2020.

THE GEDDES LAW FIRM, P.C.

*/s/ William Geddes*

William J. Geddes
Nevada Bar No. 6984
8600 Technology Way, Suite 107
Reno, Nevada 89521
Phone: (775) 853-9455
Fax: (775) 299-5337
Email: Will@TheGeddesLawFirm.com
*Attorneys for Plaintiff Karmelle E. Wegman*

1

Dated: January 17, 2020.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*Electronic Signature Authorized*

/s/
_____
Sheri M. Thome, Esq.
Nevada Bar No. 008657
Chad C. Butterfield, Esq.
Nevada Bar No. 010532
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
Phone: (702) 727-1400;
Fax: (702) 727-1401
Email: sheri.thome@wilsonelser.com
Email: chad.butterfield@wilsonelser.com
*Attorneys for Defendant Johnson's Carson City RV, Inc.*

**IT IS SO ORDERED.**

DATED: January 27, 2020.

_____
UNITED STATES DISTRICT JUDGE